# EXHIBIT A



# Notice of Service of Process

null / ALL
Transmittal Number: 21767795
Date Processed: 07/17/2020

| | |
|---|---|
| **Primary Contact:** | SOP UPS - United Parcel<br>SOP - PowerBrief - Wilmington<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| **Electronic copy provided to:** | CSC Test<br>Arlette Willis<br>Bishop Martin<br>Salem Desir |

| | |
|---|---|
| **Entity:** | United Parcel Service, Inc.<br>Entity ID Number  2551129 |
| **Entity Served:** | UPS |
| **Title of Action:** | Stephanie Garcia vs. UPS |
| **Matter Name/ID:** | Stephanie Garcia vs. UPS (10377945) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Riverside County Superior Court, CA |
| **Case/Reference No:** | RIC2001427 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 07/16/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Jihad M. Smaili<br>714-547-4700 |
| **Client Requested Information:** | Matter Type: Other/NA |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UPS, a corporate entity form unknown; and DOES 1-50, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

STEPHANIE GARCIA, an individual,

| FOR COURT USE ONLY |
| --- |
| *(SOLO PARA USO DE LA CORTE)* |
| **FILED** |
| Superior Court of California |
| County of Riverside |
| 6/2/2020 |
| E. Rodriguez |
| Electronically Filed |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Riverside County Court - Historic Courthouse
4050 Main Street
Riverside, CA 92501

CASE NUMBER: *(Número del Caso):*
**RIC2001427**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jihad Smaili (262219), Smaili & Associates, P.C., 600 W. Santa Ana Blvd., Ste 202, Santa Ana, CA, 92701; 714-547-4700

DATE: **6/2/2020**
*(Fecha)*

Clerk, by _____, Deputy
*(Secretario)*  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify):* UPS, a Corporate Entity Unknown
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)       ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

Jihad M. Smaili, Esq. [262219]
SMAILI & ASSOCIATES, PC
Civic Center Plaza Towers
600 W. Santa Ana Blvd, Suite 202
Santa Ana, California 92701
714-547-4700
714-547-4710 (facsimile)
jihad@smaililaw.com

Attorneys for Plaintiff Stephanie Garcia

**FILED**
Superior Court of California
County of Riverside
**6/2/2020**
**E. Rodriguez**
Electronically Filed

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE

| | |
|---|---|
| STEPHANIE GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UPS, a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: **RIC2001427**<br>Assigned for all purposes to<br><br>**COMPLAINT FOR DAMAGES**<br>1. Discrimination in Violation of Gov. Code §12940 *et seq.*<br>2. Failure to Accommodate in Violation of Gov. Code § 12940(m)<br>3. Failure to Engage in Interactive Process in Violation of Gov. Code § 12940(n)<br>4. Failure to Prevent Discrimination in Violation of Gov. Code § 12940(k)<br>5. Retaliation in Violation of Gov. Code §12940(h)<br>6. Meal and Rest Break Violations<br>7. Failure To Provide Employment Records in Violation of Cal. Labor Code §1198.5 et seq<br>8. Violation of B&P §17200<br><br>**Unlimited Jurisdiction**<br><br>**Demand For Jury Trial** |

COMPLAINT FOR DAMAGES

1

Plaintiff Stephanie Garcia (hereinafter "Plaintiff" and/or "Garcia"), alleges as follows:

## PARTIES

1. Plaintiff Stephanie Garcia is, and at all times herein mentioned was, an individual, residing in the State of California.

2. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendant UPS ("UPS") was a corporate entity, form unknown, transacting business in the State of California, and, employing employees in the State of California. Plaintiff is further informed and believes and thereon alleges that UPS was transacting business in the County of Riverside, State of California, whereat the claims of Plaintiff arose. At all times relevant, UPS was an employer within the meaning of *Government Code* §12926(d) and as such was barred from, *inter alia*, harassing, discriminating or retaliating against Plaintiff in personnel, scheduling, employment, promotion, advancement, retention, hiring, terminating and other decisions relating to Plaintiff's employment on the basis of age, race, physical disability or medical condition, participation in protected activity, and other immutable characteristics.

3. The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants DOES 1—50, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names. Plaintiff will seek leave to amend this complaint to show their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each Defendant named herein as a DOE was responsible in some manner for the occurrences and damages alleged herein.

4. Each reference in this complaint to "Defendant" and/or "Defendants" refers, jointly and severally, to UPS, and, also refers to all Defendants sued under fictitious names.

5. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had full knowledge or should have reasonably known the true nature of the wrongful conduct of each other Defendant, and aided and abetted such wrongful conduct, by condoning such conduct, encouraging such conduct, providing substantial assistance

Jihad M. Smaili, Esq. [262219]
**SMAILI & ASSOCIATES, PC**
Civic Center Plaza Towers
600 W. Santa Ana Blvd., Suite 202
Santa Ana, California 92701
714-547-4700
714-547-4710 (facsimile)
jihad@smaililaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE

| | |
|---|---|
| STEPHANIE GARCIA, an individual; | ) Case No.: RIC2001427 |
| | ) Assigned for all purposes to the |
| Plaintiff, | ) Hon. Judge Craig G. Riemer |
| | ) |
| v. | ) **NOTICE OF CASE MANAGEMENT** |
| | ) **CONFERENCE** |
| UPS, a corporate entity form unknown; | ) |
| and DOES 1-50, inclusive, | ) Hearing: Case Management Conference |
| | ) Date:    December 7, 2020 |
| Defendants. | ) Time:    8:30am |
| | ) Dept.:    1 |
| | ) |
| | ) Complaint Filed:    June 10, 2020 |
| | ) Trial Date:         None Set |
| | ) |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that a Case Management Conference is scheduled for hearing on December 7, 2020 at 8:30am in Department 1 of the above captioned court, located at 4050 Main Street, Riverside, CA 92501.

DATED: July 2, 2020          **SMAILI & ASSOCIATES, P.C.**

                               By: _/s/ Jihad M. Smaili_
                               Jihad M. Smaili, Esq.
                               Attorney for Plaintiff

---

NOTICE OF CASE MANAGEMENT CONFERENCE

1